**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MARCELLO CORTI,

      Plaintiff,                                   Case No.: 1:26-cv-04839

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

**<u>SCHEDULE A TO COMPLAINT</u>**

| No. | Defendants |
|---|---|
| 1 | Lakequill |
| 2 | JuansVerse |
| 3 | C'eitura store US |
| 4 | RUNMEI3 |
| 5 | TimeToBloom |
| 6 | HuamuTech |
| 7 | FHTech Store |
| 8 | hhusz |
| 9 | SuLianShangMao126 |
| 10 | LiuYangShiZhangYanZhiZhiPinYouXianGongSi |
| 11 | guoshengtong |
| 12 | xinxiangshibaofushizhenggongcheng |
| 13 | changzhishilijiushangmaoyouxiangongsi |
| 14 | dDankeforU |
| 15 | lileibune |
| 16 | chengzekbfdgr |
| 17 | dalianhanyanheyueshangmao |
| 18 | KunCheng1118 |
| 19 | yiweishangmaogongsi |
| 20 | ZhuZhouXieSuShangMaoYouXianGongSi |
| 21 | 亿瀚臻品商贸 |
| 22 | Easy whim Crafts |

1

| | |
|---|---|
| 23 | chengxueliang |
| 24 | GOOD PAPA |
| 25 | wumeiart |
| 26 | 金华市淑徽服饰有限公司 |
| 27 | poyangcenyi |
| 28 | chishao |
| 29 | xulinstore |
| 30 | Triency |
| 31 | Yimx |
| 32 | henanhuachengbiaoshiyouxian |
| 33 | henangueranxiangbaoyou |
| 34 | JasmineM |
| 35 | Zariocy |
| 36 | BAOYONGAO |
| 37 | DIỆU LY PRETA |
| 38 | liu-usa |
| 39 | LY ONE |
| 40 | yonggexuexiudian |
| 41 | Gomind Grinch LLC |
| 42 | Seilly |
| 43 | weichuangyungou |
| 44 | WORPBOPE |
| 45 | HOPELOOP |
| 46 | Alaparte Travel Essentials |
| 47 | HODWIEQU |
| 48 | museumartpaintings.com |
| 49 | modeoutfit.com |