**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MARCELLO CORTI,

     Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-04839

Judge Manish S. Shah

Magistrate Judge Gabriel A. Fuentes

**<u>PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT
AGAINST THE DEFENDANTS IDENTIFIED IN FIRST AMENDED SCHEDULE A</u>**

Plaintiff hereby moves this Honorable Court for entry of Default and Default Judgment

against the Defendants Identified in First Amended Schedule A.

Plaintiff files herewith a Memorandum of Law in support.

DATED: June 5, 2026

Respectfully submitted,

<u>*/s/ Keith A. Vogt*</u>
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
Email: keith@vogtip.com
***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on June 5, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

<u>/s/ *Keith A. Vogt*</u>
Keith A. Vogt, Esq.