**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARCELLO CORTI,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-04839

Judge Manish S. Shah

Magistrate Judge Gabriel A. Fuentes

**DECLARATION OF MARCELLO CORTI**

I, MARCELLO CORTI, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the artist that creates all the Marcello Corti Works. I make this declaration from matters within my knowledge save where otherwise stated.

3. I am a portraitist and painter. I create Christmas and holiday illustrations for stationery, picture books, gifts, and other household items. I began my career in 1986 in advertising and graphic design before returning to my passion for painting in 2006 as a freelance artist. My knowledge and experience in printing allows me to provide my customers with the most suitable solutions both from an artistic and technical point of view. My technology-based skills give me a broad range of tools to express my creativity, while still retaining and building on my roots as a painter and my deep perception of color, form, and beauty.

1

4.  I am the official source of products associated with the Marcello Corti Works (the "Marcello Corti Products"):



https://www.artlicensing.com/artists/ali-corti/

5.  I am the owner of the copyright registrations for the Marcello Corti copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-391-080; VA 2-390-974; VA 2-391-122; VA 2-390-904; VA 2-390-908; VA 2-390-989; and VA 2-391-094 (the "Marcello Corti Works").

6.  The success of the Marcello Corti Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms,

including the internet stores identified in Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized Marcello Corti Products to consumers in this judicial district and throughout the United States.

7. I am aware of investigations related to internet-based infringement of the Marcello Corti Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Marcello Corti Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Marcello Corti Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason.

8. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

9. My goodwill and reputation are irreparably damaged when the Marcello Corti Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Marcello Corti copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Marcello Corti Works and derivative works.

3

10.     I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Marcello Corti Works are meant to be exclusive rights.

11.     The marketing and distribution of the Marcello Corti Works and derivative works are aimed at growing and sustaining sales. When infringers use the Marcello Corti Works without authorization, the exclusivity associated with the Marcello Corti Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

12.     Uncontrolled profiteering and pirating of the Marcello Corti Works create the impression that the copyright rights associated with the Marcello Corti Works may be infringed with impunity. The Marcello Corti Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Marcello Corti Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluation of the intellectual property associated with the Marcello Corti Works cannot be compensated for financially since it erodes my ability to monetize the Marcello Corti Works.

13.     I will suffer immediate and irreparable injury, loss, or damage if a permanent injunction is not issued.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2026.

*Marcello Corti*

_____

Marcello Corti

4