**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARCELLO CORTI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>　　　　　Defendants. | Case No. 1:26-cv-04839<br><br>**Judge Manish S. Shah** |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff MARCELLO CORTI ("Corti" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Corti having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

Corti having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds, by virtue of their default, that Defaulting Defendants have sold products using infringing versions of Corti's federally registered copyrights, which are protected by U.S. Copyright Registration Nos. VA 2-391-080; VA 2-390-974; VA 2-391-122; VA 2-390-904; VA 2-390-908; VA 2-390-989; and VA 2-391-094 ("Marcello Corti Works").

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Corti's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Marcello Corti Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Marcello Corti product or not authorized by Corti to be sold in connection with the Marcello Corti Works;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Marcello Corti product or any other product produced by Corti, that is not Corti's or not produced under the authorization, control, or supervision of Corti and approved by Corti for sale under the Marcello Corti Works;

2

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Corti, or are sponsored by, approved by, or otherwise connected with Corti; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Corti, nor authorized by Corti to be sold or offered for sale, and which bear any of Corti's copyrights, including the Marcello Corti Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") and PayPal, Inc. ("PayPal") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, or exercising control over the Defendant Internet Stores, or any other online marketplace account, to sell infringing goods using the Marcello Corti Works; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Marcello Corti Works or any reproductions, infringing copies or colorable imitations thereof that is not a genuine Marcello Corti product or not authorized by Corti to be sold in connection with the Marcello Corti Works.

3. Upon Corti's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Marcello Corti Works.

4. Pursuant to 17 U.S.C. § 504(c)(2), Corti is awarded statutory damages from each of the Defaulting Defendants in the amount of twelve thousand five hundred dollars ($12,500) for willful use of infringing Marcello Corti Works on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon and PayPal, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon and PayPal, are hereby released to Corti as partial payment of the above-identified damages, and Third Party Providers, including Amazon and PayPal, are ordered to release to Corti the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Corti has recovered full payment of monies owed to Plaintiff by any Defaulting Defendant, Corti shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8.     In the event that Corti identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Corti may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses provided for Defaulting Defendants by third parties.

This is a Default Judgment.

Dated: June 11, 2026

Manish S. Shah
United States District Judge

**First Amended Schedule A**

| No. | Defendant |
| --- | --- |
| 1 | █████████████████████████ |
| 2 | █████████████████████████ |
| 3 | changzhishilijiushangmaoyouxiangongsi |
| 4 | dDankeforU |
| 5 | KunCheng1118 |
| 6 | poyangcenyi |
| 7 | chishao |
| 8 | BAOYONGAO |
| 9 | museumartpaintings.com |
| 10 | modeoutfit.com |