**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARCELLO CORTI,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | Case No. 1:26-cv-04839 |
| v.  ) | Judge Manish S. Shah |
| ) | Magistrate Judge Gabriel A. Fuentes |
| THE PARTNERSHIPS AND  ) | |
| UNINCORPORATED ASSOCIATIONS  ) | |
| IDENTIFIED ON SCHEDULE "A"  ) | |
| ) | |
| Defendants  ) | |
| ) | |
| ) | |

**DEFENDANT'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT**
**FOR DEFENDANT'S MOTION TO VACATE DEFAULT**
**AND FOR DISMISSAL OF THE ACTION**

Defendant No. 10, Modeoutfit.com ("Defendant"), by and through its undersigned counsel, respectfully moves this Court for leave to files its Motion to Vacate Default and for Dismissal of the Action in a length not to exceed twenty (20) pages. In support, Defendant states as follows:

1. On June 11, 2026, the Court entered Default Judgment against defendants listed in Schedule A (Dkt. 27).

2. Defendant intends to file a Motion to Vacate Default Judgment and for Dismissal of the Action.

3. Under Local Rule 7.1, briefs generally may not exceed fifteen (15) pages without prior approval of the Court.

4. Defendant's forthcoming motion is twenty pages in length. The additional five pages are necessary to adequately address the legal and factual issues presented in the motion and the

1

applicable authorities, including recent controlling Seventh Circuit precedent concerning service by email on Defendants located in China.

5. Defendant has endeavored to present its arguments as concisely as reasonably possible, and requests leave to exceed the page limit by only five pages.

6. Good cause supports the modest request. Granting the request will not unduly burden the Court or prejudice the Plaintiff.

7. On July 27, 2026, pursuant to Judge Shah's standing procedures, Defendant contacted Plaintiff's counsel seeking Plaintiff's position on Defendant's forthcoming motion to vacate and dismiss.

8. On July 31, 2026, Defendant followed up with Plaintiff's counsel and inquired whether Plaintiff objects to the present Motion for Leave to File Excess Pages.

9. On July 31, 2026, Plaintiff's counsel responded that Plaintiff could not determine whether they would not oppose the motions without first reviewing them and therefore objected to the filing of both motions.

**WHEREFORE**, Defendant respectfully requests that the Court grant leave to file a memorandum in support of its Motion to Vacate Default Judgment and Dismiss not to exceed twenty (20) pages.

2

Dated:  August 2, 2026                        Respectfully submitted,

*/s/ Jacob Chen*

Jacob Chen

jchen@dgwllp.com

Tel: 917-983-2806

**DGW KRAMER LLP**

45 Rockefeller Plaza, 20th Floor,

New York, NY 10111

*Counsel for Defendant No. 10, Modeoutfit.com*

3