**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| MARCELLO CORTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:26-cv-04839 |
| v. | ) | Judge Manish S. Shah |
| | ) | Magistrate Judge Gabriel A. Fuentes |
| THE PARTNERSHIPS AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, August 6, 2026, at 9:45 a.m., or as soon thereafter as counsel may be heard, Defendant, by Defendant' counsel, shall present Defendant's Motion for Leave to File a Motion to Vacate Default and for Dismissal of the Action in Excess Pages before the Honorable Judge Manish S. Shah of the United States District Court for the Northern District of Illinois, in Courtroom 1919, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

Dated:  August 2, 2026

Respectfully submitted,

*/s/ Jacob Chen*
Jacob Chen (*Pro Hac Vice*)
jchen@dgwllp.com
Tel: 917-983-2806
**DGW KRAMER LLP**
45 Rockefeller Plaza, 20th Floor,
New York, NY 10111

1

*Counsel for Defendant No. 10, Modeoutfit.com*