**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| MARCELLO CORTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:26-cv-04839 |
| v. | ) | Judge Manish S. Shah |
| | ) | Magistrate Judge Gabriel A. Fuentes |
| THE PARTNERSHIPS AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |

## DECLARATION OF ZHIYONG WEI

I, Zhiyong Wei, being over the age of eighteen, declare as follows:

1. I am the Chief Executive Officer of Guangzhou Dangui Network Technology Co., Ltd. (the "Company"), which is the owner and operator of internet store modeoutfit.com (the "Store") identified in this action as Defendant No. 10. In this capacity, I have personal knowledge of the Company's operation and sales and have access to the Company's business records. The Company is responsible for the PayPal account: Grguiniyo@outlook.com.

2. I make this declaration based on my personal knowledge and after reviewing the Company's business records. If called as a witness, I can competently testify to the matters stated herein.

3. The Company is incorporated in the People's Republic of China and has its principal place of business in China. The Company's employees are based in mainland China and operate the Store exclusively in China.

1

4. The Company has never owned or utilized an office, hired employees, agents, or representatives, maintained bank accounts, owned assets or properties in New York or any other part of the United States.

5. Neither the Store nor the Company has targeted Illinois residents with their advertisements or directed any marketing efforts or materials at Illinois.

6. After reviewing the Complaint and the screenshots submitted by Plaintiff (ECF No. 1, No.14-1 at pages 21-22), the Company's operations team conducted a diligent search of its webstores' records to identify the allegedly infringing product. Specifically, the operations team accessed the backend data system of the Company's websites and performed a thorough search using keywords "Christmas" and "Santa Claus." The operations team also compared the product image contained in ECF No. 14-1 against the pictures in our backend data system.

7. Attached hereto as **Exhibit 1** contains the Company's complete and accurate sales records for the allegedly infringing product.

8. The Company's records show that *only one* unit of the allegedly infringing product was ever sold worldwide. Based on the information disclosed in ECF No. 14-1 at page 22, including the shipping address of "111 W JACKSON BLVD," the Company confirmed that this sole purchase was Plaintiff's investigator-initiated test purchase.

9. In other words, but for Plaintiff's test purchase, the Company would not have made any sales of the allegedly infringing product.

10. The Company did not receive notice of this lawsuit through service of process or otherwise. The first and only email the Company received from Plaintiff regarding this lawsuit was an email advising that Plaintiff had filed a Motion for Default Judgment, Notice of Motion, and Memorandum in Support of the Motion for Default Judgment.

11. Upon learning of this lawsuit, the Company promptly retained U.S. counsel to investigate the matter.

12. Upon learning of the lawsuit, the Company has voluntarily and permanently removed all sales of the allegedly infringing product. The Company will not resume sales irrespective of the outcome of this case.

13. The Company was not served through China's Central Authority under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

14. This declaration was translated to me into Mandarin.

Dated: July 31, 2026

Guangzhou, China

By: Zhiyong Wei
　　Zhiyong Wei

4

# EXHIBIT 1

| | Order Number | Payment Time | Order Amount(USD) | Telephone | Address | City | State/Provi | Country | Email | Name |
|---|---|---|---|---|---|---|---|---|---|---|
| modeoutfit.com | 51537M133525 | 2026-03-06 14:37:59 | 67.98 | +1 (917) █████ | 111 W JACKSON BLVD | Chicago | IL | United Sta | █████ | Michelle █████ |