## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Marcello Corti

                                              Plaintiff,

v.

                                              Case No.:
1:26–cv–04839

Honorable Manish S. Shah

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 6, 2026:

      MINUTE entry before the Honorable Manish S. Shah: Plaintiff shall respond to defendant modeoutfit.com's motion [30] by 8/27/26 and defendant may reply by 9/10/26. The motion for excess pages [30] is granted. No appearance on 8/11/26 is necessary. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.