Exhibit 1

**GARTAST.Tech.Co.,Ltd** **−$67.98 USD**
6 March 2026 . Payment

**Paid with**

"PPPurchase" $67.98 USD
[redacted]
([redacted]
You'll see "PAYPAL *GARTASTTECH366S" on your card statement.

**Ship to**

[redacted]
111 W JACKSON BLVD
[redacted]
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

66B1072290431294C

**Seller info**

GARTAST.Tech.Co.,Ltd
+86 13173682462
**paypal@sinceregive.com**

**Invoice ID**

WQ4KQ51537-133525

**Order summary**

| | |
|---|---|
| Men's Christmas Santa Claus Gift-Giving Print Lapel Suit Jacket | $59.99 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$67.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **2 September 2026**. You may be **eligible for purchase protection**

Ex. 1 - p. 1