Exhibit 3

# PayPal, Inc. — Subpoena Production

Account No. ‘5578537586550755821

*Reproduced verbatim from the native file produced by PayPal, Inc.*

*(PayPal production - account 5578537586550755821.csv)*

## USER INFO

| | |
|---|---|
| First Name: | 智勇 |
| Middle Name: | |
| Last Name: | 魏 |
| SSN: | |
| TIN: | |
| DOB: | REDACTED |
| Credit Card Statement Name: | GARTASTTECH |
| Email: | Grguiniyo@outlook.com |

## BUSINESS INFO

| | |
|---|---|
| Name: | 广州聃圭网络科技有限公司 |
| URL: | |
| Customer Service Phone: | +86 13173682462 |

## ACCOUNT INFO

| | |
|---|---|
| Account Status: | OPEN |
| Account #: | ‘5578537586550755821 |
| Account Type: | BUSINESS |
| Time Created: | May 13 2024 11:17:56 GMT+08:00 |

## FINANCIALS

| | |
|---|---|
| Account Balance: | €858.69 EUR |
| Total Amount Sent(USD Equiv): | €0.00 EUR |

| | |
|---|---|
| Account Balance: | £604.78 GBP |
| Total Amount Sent(USD Equiv): | £0.00 GBP |

| | |
|---|---|
| Account Balance: | US$132260.00 USD |
| Total Amount Sent(USD Equiv): | US$0.00 USD |

## E-MAIL

| | |
|---|---|
| Email: | Grguiniyo@outlook.com |

| | |
|---|---|
| Primary: | X |
| Confirmation Status: | CONFIRMED |
| Status: | ACTIVE |

## PHONE NUMBERS

| | |
|---|---|
| Phone Number: | 13173682462 |
| Type: | CUSTOMER_SERVICE |
| Confirmation Status: | NONE |

| | |
|---|---|
| Phone Number: | 13173682462 |
| Type: | OTHER |
| Confirmation Status: | NONE |

## ADDRESSES

| | |
|---|---|
| Date Entered: | Feb 24 2025 05:10:29 GMT+08:00 |
| Address: | No. 193, Dazhe Village, Hezi Town, Ganzhou, Jiangxi, 341000, C2 |
| Use: | |

| | |
|---|---|
| Date Entered: | Jan 09 2025 14:41:43 GMT+08:00 |
| Address: | 鹤子镇大隺村 193 号, 赣州, 江西, 341000, C2 |
| Use: | HOME_OR_WORK |

| | |
|---|---|
| Date Entered: | May 13 2024 11:23:09 GMT+08:00 |
| Address: | 江西省赣州市安远县鹤子镇大隺村外村组 39 号, 赣州市, JIANGXI, 342100, C2 |
| Use: | HOME_OR_WORK |

## RESTRICTIONS

| | |
|---|---|
| Restriction: | Seller Performance Monitoring |
| Time Restricted: | Aug 25 2025 16:45:06 GMT+08:00 |

## BANKS

| | |
|---|---|
| Type: | Bank |
| Status: | ACTIVE |
| Confirmation Status: | NOT_SUPPORTED |
| Bank Name: | JPMORGAN CHASE BANK, NA |
| Bank Nick Name: | |
| Name: | 广州聃圭网络科技有限公司 |

| | |
|---|---|
| Country: | US |
| Bank Info: | 028000024 |
| Bank Acct #: | REDACTED4447 |

| | |
|---|---|
| Type: | Bank |
| Status: | ACTIVE |
| Confirmation Status: | NOT_SUPPORTED |
| Bank Name: | JPMORGAN CHASE BANK, NA |
| Bank Nick Name: | |
| Name: | 广州聃圭网络科技有限公司 |
| Country: | US |
| Bank Info: | 028000024 |
| Bank Acct #: | REDACTED8958 |

## CREDIT CARDS

*[no entries in production]*

## DEBIT CARDS

*[no entries in production]*