Exhibit 4

天眼查 TianYanCha.com 都在用的商业查询工具 国家中小企业发展子基金旗下机构
查公司 查老板 查关系
广州聃圭网络科技有限公司 天眼一下
首页 天眼数据 天眼AI 开通会员 联系我们 130*...

# 广州聃圭网络科技有限公司 存续

聃圭

曾用名 小微企业 经营异常

报告 监控

统一社会信用代码：91440106MABWANMF60
法定代表人：魏智勇 关联企业 2
注册资本：100万人民币
成立日期：2022-08-30

电话：18126136986 同电话企业 99+ 更多 2
邮箱：18126136986@139.com 更多 2
网址：-
地址：广州市天河区中山大道中286号506房F052 附近企业 更多 2

国标行业：软件开发
企业规模：S 小型
员工人数：0人 (2025年)

简介：广州聃圭网络科技有限公司 (曾用名：广州聃圭科技有限公司)，成立于2022年，位于广东省广州市，是一家以从事软件和信息技术服务业为主的企业。企业注册资本100万人民币... 展开

股权结构全景 挖掘深层股权结构
企业全景 瞬息掌握企业关系

天眼风险：自身风险 1 | 周边风险 0 | 历史风险 0 | 预警提醒 0

分析：深度风险分析 1 | 债务/债权 0 | 涉诉关系 0 | 竞争风险 0 | 合作风险分析 0 | 经营纠纷提示 0

基本信息 884 | 法律诉讼 | 经营风险 1 | 经营信息 2 | 公司发展 | 知识产权 | 历史信息 VIP

天眼图谱 | 工商信息 | 股东信息 1 | 主要人员 2 | 对外投资 | 控制企业 | 变更记录 10 | 财务数据 | 企业年报 4 | 企业公示 | 最终受益人 1 | 实际控制人 1 | 协同股东 | 疑似关系 865 | 同行分析

## 天眼图谱

天眼查

企业全景 | 会员 股权结构全景 | 会员 股权穿透图 | 企业关系 | 会员 实际控制人 | 会员 受益所有人 | 会员 企业受益股东 | 幕后资本关联路径 | 会员 股权关联关系

## 全部维度

收起

**基本信息**：天眼图谱、工商信息、股东信息 1、主要人员 2、对外投资、控制企业、变更记录 10、财务数据、企业年报 4、企业公示、最终受益人 1、实际控制人 1、协同股东、疑似关系 865、同行分析

**法律诉讼**：司法案件、开庭公告、裁判文书、法院公告、限制消费令、限制出境、终本案件、失信被执行人、被执行人、股权冻结、送达公告、立案信息、破产案件、司法拍卖、询价评估、财产悬赏公告、诉前调解

**经营风险**：注销备案、简易注销、清算信息、惩戒名单、严重违法、行政处罚、环保处罚、税收违法、税务非正常户、欠税公告、违规处理、经营异常 1、政府约谈、产品召回、土地抵押、股权出质、股权质押、对外担保、担保风险、动产抵押、劳动仲裁、公示催告

**经营信息**：招投标、招聘信息、新闻舆情、行政许可 2、税务评级、纳税人资质、信用评级、抽查检查、双随机抽查、经营商品、资质证书、政府公告、公告研报、资产交易、地块公示、土地转让、进出口信用、债券信息、购地信息、电信许可、供应商、客户、上榜榜单、食品安全

**公司发展**：融资历程、核心团队、企业业务、投资事件、荣誉、竞品信息、投资机构、科创分

**知识产权**：商标信息、商标文书、专利信息、集成电路布图、软件著作权、作品著作权、网络服务备案、标准信息、APP、微信公众号、微博、抖音/快手、商业特许经营、知识产权出质

**历史信息**：历史工商信息、历史法定代表人 1、历史股东信息 2、股权变更历程 2、历史主要人员 2、高管变更历程 3、历史对外投资、历史开庭公告、历史裁判文书、历史法院公告、历史失信被执行人、历史被执行人、历史限制消费令、历史知识产权出质、历史终本案件、历史股权冻结、历史送达公告、历史立案信息、历史诉前调解、历史破产案件、历史经营异常、历史行政处罚、历史严重违法、历史环保处罚、历史股权出质、历史动产抵押、历史欠税公告、历史土地抵押、历史行政许可、历史荣誉、历史商标信息、历史专利信息、历史备案网站

热门推荐

快速链接：诉讼查询 法院大全 公告查询 招聘查询 商标查询 招投标查询 版权查询 上市公司查询 专业版 备案查询 API接口 品牌矩阵
报告样例：基础版企业信用报告 专业版企业信用报告 董监高对外投资及任职报告 企业分析报告 Excel版企业信用报告
关于天眼查：关于我们 用户协议 隐私政策 版权政策 免责声明 投诉指引 意见反馈 加入我们
联系天眼查：天眼查客服：400-608-0000 工作时间：工作日 9:00-19:00 非工作日 9:00-18:00 商务合作：kefu@tianyancha.com 未成年人保护电话：400-608-0000
天眼查 微信公众号 | 天眼查小程序 小程序 | 天眼查APP 扫码下载APP
涉企举报专区 投诉
数据来源：全国企业信用信息公示系统 中国裁判文书网 中国执行信息公开网 国家知识产权局 商标局 版权局
京公网安备 11010802021795号 天眼查营业执照 网上有害信息举报专区
天眼查 天眼查客服：400-608-0000 版权所有：北京金堤科技有限公司 ©2026 TIANYANCHA 京ICP备14061319号-5 增值电信业务经营许可证：京B2-20250691
违法和不良信息举报电话：400-608-0000 举报邮箱：jubao@tianyancha.com

天眼查 TianYanCha.com 都在用的商业查询工具 国家中小企业发展子基金旗下机构
查公司 查老板 查关系
请输入公司名称、老板姓名、品牌名称等 天眼一下
首页 天眼数据 天眼AI 开通会员 联系我们 130*...

聃圭

# 广州聃圭网络科技有限公司

法定代表人：魏智勇 注册资本：100万人民币 成立日期：2022-08-30

监控

动态类型 全部 工商 诉讼 监管 经营 知识产权

为您找到12条企业动态

导出

| 风险等级 | 动态类型 | 动态内容 | 更新时间 | 操作 |
|---|---|---|---|---|
| 警示 | 被列入经营异常 | 列入原因：通过登记的住所或者经营场所无法联系的<br>列入机关：广州市天河区市场监督管理局<br>列入日期：2026-04-28 | 2026-04-28 | - |
| 提示 | 主要人员变更 | 退出：李波<br>新增：魏智勇、钱豪军 | 2023-09-28 | 详情 |
| 提示 | 经营范围变更 | 从"互联网销售（除销售需要许可的商品）;卫生洁具销售;汽车新车销售;玩具、动漫及游艺用品销售;户外用品销售;箱包销售;眼镜销售（不含隐形眼镜）;钟表销售;母婴用品销售;礼品花卉销售;日用品销售;个人卫生用品销售;针纺织品销售;卫生用品和一次性使用医疗用品销售;消毒剂销售（不含危险化学品）;日用口罩（非医用）销售;销售代理;办公设备销售... | 2023-09-26 | 详情 |

VIP 企业动态

汇报最新动态，你的专属情报管家

追踪该主体最新风险及利好，全方位监控工商、诉讼、监管、经营、知识产权等动态，还可筛选查看历史发生动态，服务深度背景调查。

选择套餐（可开专票）

推荐 3年VIP ¥720 每天仅0.66元
2年VIP ¥720 每天仅0.99元
1年VIP ¥360 每天仅0.99元

微信支付 支付宝 对公转账

购买须知

完成支付后，可在我的订单中，申请发票
会员自支付之时起5分钟内生效
我已阅读并同意《会员说明&服务协议》 业务码

实付金额：¥720
支付后可开发票

立即支付

小程序 APP 微信 反馈 客服中心

天眼查基于公开数据做的相关动态分析，仅作参考不作为个人决策及媒体引用的依据，天眼查亦不承担因此而产生的任何后果。

快速链接
诉讼查询 法院大全 公告查询 招聘查询 商标查询 招投标查询 版权查询 上市公司查询 专业版 备案查询 API接口 品牌矩阵

报告样例
基础版企业信用报告 专业版企业信用报告 董监高对外投资及任职报告 企业分析报告 Excel版企业信用报告

关于天眼查
关于我们 用户协议 隐私政策 版权政策 免责声明 投诉指引 意见反馈 加入我们

联系天眼查
天眼查客服：400-608-0000
工作时间：工作日 9:00-19:00
非工作日 9:00-18:00
商务合作：kefu@tianyancha.com
未成年人保护电话：400-608-0000

天眼查 微信公众号
天眼查小程序 小程序
天眼查APP 扫码下载APP

涉企举报专区 投诉

数据来源：全国企业信用信息公示系统 中国裁判文书网 中国执行信息公开网 国家知识产权局 商标局 版权局

京公网安备 11010802021795号 天眼查营业执照 网上有害信息举报专区

天眼查 天眼查客服：400-608-0000
版权所有：北京金堤科技有限公司 ©2026 TIANYANCHA 京ICP备14061319号-5 增值电信业务经营许可证：京B2-20250691
违法和不良信息举报电话：400-608-0000
举报邮箱：jubao@tianyancha.com