Exhibit 5

**鹤子镇大輋村 193 号, 赣州, 江西 341000**

Amap unable to locate:



Baidu Maps unable to locate:



美团 Meituan (food delivery app) unable to locate:



**江西省赣州市安远县鹤子镇大輋村外村组 39 号 342100**

Amap unable to locate:



Baidu Maps unable to locate:



美团 Meituan (food delivery app) unable to locate:

