**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARCELLO CORTI,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br><br>Defendants | ) | Case No. 1:26-cv-04839<br>Judge Manish S. Shah<br>Magistrate Judge Gabriel A. Fuentes |

**SUPPLEMENTAL DECLARATION OF ZHIYONG WEI**

I, Zhiyong Wei, being over the age of eighteen, declare as follows:

1. I have served as the Chief Executive Officer of Guangzhou Dangui Network Technology Co., Ltd. (the "Company") since 2023. I am also the Company's legal representative. The Company owns and operates modeoutfit.com, identified in this action as Defendant No. 10. Its Unified Social Credit Code is 91440106MABWANMF60.

2. I submit this declaration in addition to my previously filed declaration as ECF No. 32-2 in this action. Both declarations are based on my personal knowledge and after reviewing the Company's business records. If called as a witness, I can competently testify to the matters stated herein.

3. The Company engaged a corporate secretarial services provider to handle its business registration. That provider supplied the Company's registered address, 广州市天河区中山大道中 286 号 506 房 F052 (Room 506, F052, No. 286, Zhongshan Avenue Middle, Tianhe District,

Guangzhou, China), and was entrusted to receive legal documents on the Company's behalf. The Company uses that address for registration, not as its actual operating premises.

4. The registered telephone number 18126136986 belongs to the same service provider. The provider used its own telephone number when completing the Company's registration.

5. The Company was placed on the abnormal-operations list on April 28, 2026, because it could not be contacted at its Guangzhou registered address identified in paragraph 3. The Company's current registration status is **"存续（在营、开业、注册）** (existing/active). The Company is in the process of applying for removal from the abnormal-operations list.

6. The registration process for the Company's PayPal account required both company address information and personal residential address information and permitted multiple address entries. The two Jiangxi addresses identified in paragraph 10 of ECF No. 36-1 and in PayPal's records are my residential addresses in my home village, not the Company's registered premises in Guangzhou.

a. 鹤子镇大耄村 193 号，赣州，江西 341000; and

b. 江西省赣州市安远县鹤子镇大耄村外村组 39 号 342100.

7. During April and May 2026, mail, parcels, and legal documents could be received at either of the Jiangxi addresses identified above.

8. This declaration was translated to me into Mandarin.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 10, 2026

Guangzhou, China

By: Zhiyong Wei

Zhiyong Wei